IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERCA,

    Plaintiff,

  v.

PRINCE THEO JOHNSON,

    Defendant.
_____/

No. CR 07-0156 MMC

**ORDER GRANTING DEFENDANT'S APPLICATION FOR CONTINUANCE OF APPEARANCE**

    Before the Court is defendant Prince Theo Johnson's application, filed April 13, 2012, in which he seeks a continuance of the status conference scheduled for April 18, 2012. The government has not filed opposition.

    In light of defendant's representation that the evaluation by Dr. Douglas Korpi is not complete, the Court finds good cause exists to continue the status conference.[1]

    Accordingly, the application is hereby GRANTED, and the status conference is hereby CONTINUED from April 18, 2012 to May 16, 2012 at 2:15 p.m.

    **IT IS SO ORDERED.**

Dated: April 17, 2012

                                    MAXINE M. CHESNEY
                                    United States District Judge

---

[1] The Court notes, however, that, contrary to the assertion of defendant's counsel, counsel did not "indicate[ ] to the Court at the last appearance" (see Def.'s Appl.) that counsel had any conflict with the April 18, 2012 date.